

# Fourth Court of Appeals
## San Antonio, Texas

October 25, 2016

No. 04-16-00664-CR

**IN RE** Stephen **RICHARDSON**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
              Karen Angelini, Justice
              Luz Elena D. Chapa, Justice

On October 11, 2016, Relator filed a petition for writ of mandamus. The court has considered the petition and is of the opinion that Relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on October 25, 2016.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of October, 2016.

_Keith E. Hottle_
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2010CR10629, styled *State of Texas v. Stephen Richardson*, pending in the 399th Judicial District Court, Bexar County, Texas, the Honorable Ray Olivarri presiding.